**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-1584**

_____

GREGORY SHAWN MERCER,

             Plaintiff - Appellant,

        v.

E. A. VEGA,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:18-cv-00346-LO-TCB)

_____

Submitted:  November 19, 2019                    Decided:  November 21, 2019

_____

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory Shawn Mercer, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Shawn Mercer appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Mercer's motion for clarification and affirm for the reasons stated by the district court. *Mercer v. Vega*, No. 1:18-cv-00346-LO-TCB (E.D. Va. filed Apr. 24 & entered Apr. 25, 2019; May 24, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*